| PROB 22 (Rev. 12/13) | **TRANSFER OF JURISDICTION** | FILED Dec 06 2023 Mark B. Busby CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO | DOCKET NUMBER *(Tran. Court)* 3:17CR00363-2 HZ |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* 3:23-cr-00452 VC |

| Michael Anthony Orellana | DISTRICT | DIVISION |
|---|---|---|
| | District of Oregon | Portland Division |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Marco A. Hernandez Chief U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM January 20, 2023 | TO January 19, 2028 |

**OFFENSE**

21 U.S.C. §§ 84l(a)(l), 84l(b)(l)(A), and 846 Conspiracy to Possess with Intent to Distribute Methamphetamine

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| __November 27, 2023__ | _/s/ Marco Hernandez_ |
|---|---|
| Date | Chief U.S. District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| __December 6, 2023__ | _/s/ Araceli Martínez-Olguín_ |
|---|---|
| Effective Date | U.S. District Judge |